◼ JANERIO ALDRIDGE, M.D., et al., Appellants, v RICHARD F. BRODMAN, M.D., et al., Respondents and KALEIDA HEALTH, Intervenor-Respondent. (Appeal No. 1.) [852 NYS2d 918]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.